**Statement of Facts**

On Tuesday, April 19, 2011, Metropolitan Police Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional MPD/FBI Child Exploitation Task Force. Det. Palchak was operating out of a satellite office in Washington, D.C. The undersigned entered a predicated social network site posing as an individual that had sexual access to a 12 year-old boy. Based on the undersigned's experience and information gathered from other sources this site is frequented by individuals that have a sexual interest in children.

On Tuesday, April 19, 2011, at approximately 1919 hours, the defendant, using the username "dcpa," later identified as the defendant Robert Welch, Jr., sent the undersigned an email message stating, "limited member but I like what I see of your profile hot perv." The defendant further stated in a separate email, "We got the same interest and a def perv as well, very yng, incest, dad son, etc...." The defendant provided Det. Palchak with his email address: "dcpa69@yahoo.com."

On Wednesday, April 27, 2011, at 1106 hours, Det. Palchak and the defendant communicated via Yahoo Instant Messenger. During the course of the chat, Det. Palchak informed the defendant that he had sexual access to a 12 year-old boy. The defendant stated that he was interested in meeting the 12 year-old boy for the purpose of engaging in sexual contact with him. During the course of the chat, the defendant identified himself as "Rob," and provided his cellular telephone number. The defendant asked Det. Palchak if he partied, which Det. Palchak understood to be a reference to methamphetamine. The defendant said that he was "gettin my pipe out to smoke and perv." Later in the chat, the defendant asked if Det. Palchak partied with the 12 year-old boy. The defendant and Det. Palchak discussed meeting each other first to "play" and establish trust before having "3 way and perv" with the 12 year-old boy. The defendant told Det. Palchak that he was "definitely cool" with licking the boy's "asshole." The defendant and Det. Palchack also discussed "visuals," meaning photographs and videos, and the defendant said he was into "all raunch and pedo." The defendant said there were "no worries" about the boy's age.

A database check of the defendant's phone number revealed that it resolved back to the defendant. On Wednesday, April 27, 2010, at approximately 1510 hours, Det. Palchak contacted the defendant on the cellular telephone number that the defendant had provided during the chat. Their conversation was recorded. During the course of the conversation, the defendant agreed to meet Det. Palchak at a location in Washington, D.C., the following day. The defendant and Det. Palchak discussed doing the "validation" thing before they "all played." The defendant said that worked for him, and he was looking forward to it. The defendant asked Det. Palchak, "how are you on favors," which Det. Palchak understood to be a reference to methamphetamine. The defendant indicated that he smoked, but did not inject. The defendant said that he had a "little bit," again referring to methamphetamine. Det. Palchak said that the 12 year-old boy gets "really pervy" when he is "tweaking," and the defendant said that "probably makes it better for both of us." The defendant asked "what all do you like getting into, and him?" The defendant and Det.

Palchak then discussed various sexual acts. Det. Palchak said, "pretty much no limits," and the defendant responded, "excellent." The defendant asked if Det. Palchak smoked, meaning methamphetamine, and indicated that he (the defendant) usually smoked and also smokes "cigs," meaning cigarettes. Det. Palchak said that he had been active with the fictional 12 year-old boy since the summer and "only bareback," and the defendant responded "damn nice." The defendant said he was a "much happier perv to know that" and he was "definitely looking forward to it." The defendant said that he would be coming from his home in Silver Spring, Maryland, the next day when they met.

On Thursday, April 28, 2011, Det. Palchak and the defendant communicated via text message and cellular telephone. The defendant confirmed that he was going to meet Det. Palchak and the 12 year-old boy at 1500 hours, in Washington, D.C.

On Thursday, April 28, 2011, at approximately 1440 hours, Det. Palchak was standing outside of the agreed-upon meeting location, waiting for the defendant to arrive. At approximately 1445-1450 hours, the defendant called Det. Palchak to say that he was approximately 10 minutes away. The defendant asked Det. Palchak how they should proceed when they met. Det. Palchak said that they would "play" with each other first before the 12 year-old boy arrived so they both felt safe, and then they would play with the 12 year-old boy afterward and do what they agreed in the chat. The defendant said, "so just two adults consenting to sex?" Det. Palchak said that he did not want the defendant to freak out about the boy's age and nothing would happen until they proved themselves. The defendant said that sounded good. At approximately 1455 hours, Det. Palchak observed the defendant drive past in a yellow Toyota SUV. At approximately 1500 hours, the defendant called Det. Palchak as he was walking to the agreed-upon location and they then greeted each other in person.

On Thursday, April 28, 2011, at approximately 1505 hours, the defendant was arrested in the 700 block of 5th Street, N.W., Washington, D.C., without incident. The defendant was transported to the FBI for processing. The defendant produced a Maryland driver's license bearing the name Robert Welch, Jr. The defendant's vehicle was seized and searched. Law enforcement recovered from inside of the vehicle in a clear plastic ziplock shards of a clear, crystal-like substance that field-tested positive for methamphetamine.

<br>

                                            TIMOTHY PALCHAK
                                            Detective, Metropolitan Police Department

Sworn and subscribed to before me this _____ day of April 2011

                                            DEBORAH A. ROBINSON
                                            United States Magistrate Judge